USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10|2|07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MCDERMOTT & RADZIK, LLP,                    :        07 Civ. 8220 (SHS)

                        Plaintiff,          :

        -against-                           :        ORDER FOR INITIAL
                                                     PRETRIAL CONFERENCE
GRACE AHRENS, *ET AL.*,                     :

                        Defendants.         :

-----------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

        This case has been assigned to this Court for all purposes.  Counsel for all
parties are required to register promptly as filing users in accordance with the Procedures
for Electronic Case Filing.

        Counsel are directed to appear in courtroom 23A on November 16, 2007, at
11:00 a.m. for an initial case management conference pursuant to Fed. R. Civ. P. 16.  At
that time, counsel for all parties must appear prepared to discuss the progress of the case
and the scheduling of discovery proceedings, any dispositive motions, the feasibility of
settlement or alternative dispute resolution, the dates for future conferences, and the
submission of a joint pretrial order.

        Plaintiff's attorney shall send a copy of this Order to defendants' attorney.

        Attorneys are directed to consult the SDNY Procedures for Electronic Case
Filing and Judge Stein's Individual Rules for matters assigned to him.


Dated: New York, New York
       ~~September 27, 2007~~ Oct. 2, 2007

                                    SO ORDERED:


                                    _____
                                    Sidney H. Stein, U.S.D.J.

To:    Daniel G. McDermott, Esq.