MCDERMOTT & RADZIK, LLP
Daniel G. McDermott (DM3449)
Matthew T. Loesberg (ML3708)
Wall Street Plaza
88 Pine Street - 21st Floor
New York, NY 10005-1801
(212) 376-6400
Attorneys for Plaintiff
File No.: GM-05-3516 (DGM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| MCDERMOTT & RADZIK, LLP, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GRACE AHRENS, WILLIAM H. ) <br> MARTOCCIA, INC. and WHM, INC. ) <br> Defendants. ) | 07 Civ. 8220 (SHS) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please take notice of, and enter, the appearance of the undersigned in the above entitle action for Plaintiff, McDermott & Radzik, LLP, without prejudice to any and all claims inuring to the benefit of said plaintiff, none of which is waived or abandoned.

Dated: New York, New York
October 10, 2007

                                              MCDERMOTT & RADZIK, LLP
                                              Attorneys for Plaintiff
                                                MCDERMOTT & RADZIK, LL

                                                  /s/
                                              Matthew T. Loesberg
                                              Wall Street Plaza
                                              88 Pine Street - 21st Floor
                                              New York, NY 10005-1801
                                              (212) 376-6400