# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE

Index No: 07 CV 8220

Plaintiff/Petitioner: **McDermott &Radzik, LLP.**

Defendant/Respondent: **Grace Ahrens, et al.**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN        ss.:

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **10/06/2007** at **9:20 AM**, I served the within **Summons and Complaint** on **Grace Ahrens** at **41 Lanthorne , Monroe, CT 06468** in the manner indicated below:

☑ **SUITABLE AGE:** By delivering a true copy of each to **Anna Ahrens, Co-Tenant**, a person of suitable age and discretion. Said premised is recipient's ☐ actual place of business ☑ dwelling house (usual place of abode) within the state.

☑ **MAIL COPY.** On **10/11/2007**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 48 | 5'7 | 150 |
| Other features: | | | | | |

☑ **MIL. SRVC.** Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this
___11___ day of ___October___, 20_07_
by an affiant who is personally known to
me or produced identification.

Stuart Perlmutter

NOTARY PUBLIC
My Commission Expires: _12/31/08_