UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MCDERMOTT & RADZIK, LLP.,

                Plaintiff

      -against-

GRACE AHRENS, WILLIAM H. MARTOCCIA,
INC., and WHM, INC.

                Defendants.
------------------------------------------------------------x

07 Civ. 8220 (SHS)

**NOTICE OF APPEARANCE**

    To the Clerk of the Court and all parties of record:

    Please take notice of, and enter, the appearance of the undersigned in the above-captioned action for, and on behalf, of defendants Grace Ahrens, William H. Martoccia, Inc., and WHM, Inc., with respect to all claims asserted herein against each of them and all affirmative defenses, counter-claims to be asserted or interposed on their behalf.

Dated:  White Plains, New York
        October 24, 2007

                              ARONWALD & PYKETT
                              Attorneys for all named defendants

                              _____/s/_____
                              William I. Aronwald
                              81 Main Street, Suite 450
                              White Plains, New York 10601
                              (914) 946-6565

Case 1:07-cv-08220-SHS     Document 7     Filed 10/24/2007     Page 2 of 2