UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MCDERMOTT & RADZIK, LLP.,

                       Plaintiff

                                                         07 Civ. 8220 (SHS)
       -against-

                                     **Rule 7.1 DISCLOSURE STATEMENT**

GRACE AHRENS, WILLIAM H. MARTOCCIA,
INC., and WHM, INC.

                      Defendants.
------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Defendants Grace Ahrens. William H. Martoccia, Inc., and WHM, INC., certifies that there are no corporations that own 10% or more of the stock in either of the two above-captioned corporate defendants.

Dated: White Plains, New York
       October 31, 2007

                                                      /s/_____
                                                       William I. Aronwald (WIA-9327)