UNITED STATES COURT OF APPEALS
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MCDERMOTT & RADZIK, LLP.,

                Plaintiff

                                                       07 Civ. 8220 (SHS)
      -against-

                                                       **JURY TRIAL DEMANDED**

GRACE AHRENS, WILLIAM H. MARTOCCIA,
INC., and WHM, INC.

                Defendants.
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 38 (b), defendants GRACE AHRENS, WILLIAM H. MARTOCCIA, INC., and WHM INC., demand a jury trial in the above-captioned matter.

Dated: White Plains, New York
       October 31, 2007

                                            ARONWALD & PYKETT
                                            Attorneys for all Defendants.
                                            81 Main Street, Ste. 450
                                            White Plains, New York 10601
                                            (914) 946-6565
                         By: /s/_____
                                            WILLIAM I. ARONWALD (WIA-9327)