# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
: ss.:
COUNTY OF NEW YORK  )

J. A. Dimalanta, being first duly sworn, deposes and states:

1. I am employed by the firm of McDERMOTT & RADZIK, LLP, attorneys Plaintiff herein. I am not a party to this action and am over 18 years of age.

2. On October 22, 2007, I served by mail a copy of the following:

**FIRST AMENDED COMPLAINT**

upon:

William I. Aronwald, Esq.
Aronwald & Pykett
Attorneys for Defendant
81 Main Street – Suite 450
White Plains, New York 10601

at the address designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York.

_____
J. A. Dimalanta

Sworn to before me this
22nd day of October 2007

_____
Notary Public

MATTHEW T. LOESBERG
Notary Public, State of New York
No. 02LO6051626
Qualified in New York County
Commission Expires _12-4-2010_