```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MCDERMOTT & RADZIK, LLP,         :     07 Civ. 8220 (SHS)

              Plaintiff,              :

    -against-                              :     ORDER

GRACE AHRENS, *ET AL.*,          :

              Defendants.           :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    There will be a mid discovery status conference on February 8, 2008, at 11:00 a.m.; and

    2.    The last day for completion of fact discovery is March 14, 2008.

Dated: New York, New York
       November 16, 2007

                                                   SO ORDERED:

                                                   Sidney H. Stein, U.S.D.J.