```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MCDERMOTT & RADZIK, LLP,                :       07 Civ. 8220 (SHS)

            Plaintiff,                       :

    -against-                                :       ORDER

GRACE AHRENS, *ET AL.*,                   :

           Defendants.                     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. There will be a pretrial conference on April 11, 2008, at 10:00 a.m.;

2. The last day for completion of fact discovery is extended to April 11, 2008. There will be no extensions of this deadline;

3. If there are any discovery disputes, they should be brought to the Court's attention far enough in advance so that the dispute can be resolved and discovery taken prior to April 11, 2008; and

4. The trial of this action will commence on June 16, 2008, at 9:30 a.m.

Dated: New York, New York
       February 29, 2008

                                                                 SO ORDERED:

                                                              Sidney H. Stein, U.S.D.J.