```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MCDERMOTT & RADZIK, LLP,            :    07 Civ. 8220 (SHS)

               Plaintiff,         :

    -against-                                  :    ORDER

GRACE AHRENS, *ET AL.*,             :

               Defendants.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    If any party intends to make a motion for summary judgment on or before May 16, it must summarize the grounds for that motion in a letter to be submitted to the Court by May 3, 2008;

    2.    The next conference will be held on May 5, 2008, at 2:00 p.m.;

    3.    Any motions shall be served and filed on or before May 16, 2008;

    4.    Opposition to any motion is due on or before May 23, 2008;

    5.    Any reply is due on or before May 28, 2008; and

    6.    The trial of this action remains at June 16, 2008, at 9:30 a.m.

Dated: New York, New York
       April 12, 2008

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.