RECEIVED APR 22 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

**McDERMOTT & RADZIK, LLP**

WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK 10005-1801

TELEPHONE (212) 376-6400
TELECOPIER (212) 376-6490
E-MAIL: FIRM@MCDERMOTTRADZIK.COM

April 21, 2008

Honorable Sidney H. Stein
United States District Judge
United States Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: McDermott & Radzik, LLP
 v. Grace Ahrens, et al.
 07 Civ. 8220 (SHS)
 Our File: GM-05-3516 DGM

**MEMO ENDORSED**

Dear Judge Stein:

We represent plaintiff, McDermott & Radzik, LLP, *pro se*, in the captioned matter and are pleased to advise that the parties have reached a full and final settlement.

We are preparing a Stipulation of Voluntary Discontinuance which we will be sending to counsel for defendants for signing. Upon our receipt the fully executed Stipulation, we shall file the same with Your Honor to so order.

In light of the settlement, we respectfully request that the Conference scheduled for May 5, 2008, be canceled. *If the stip of discontinuance is not submitted to the Court by May 5, the conference will take place as scheduled.*

Respectfully,

McDERMOTT & RADZIK, LLP

By: _____
 Daniel G. McDermott

DGM/jad

cc: William I. Aronwald, Esq.
 Aronwald & Pykett
 81 Main Street – Suite 450
 White Plains, New York 10601

SO ORDERED 4/22/08

_____
SIDNEY H. STEIN
U.S.D.J.