UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
McDERMOTT & RADZIK, LLP,

           Plaintiff,

- against -

GRACE AHRENS, WILLIAM H.
MARTOCCIA, INC. and WHM, INC.,

           Defendants.
----------------------------------------------------------x

ECF Case

07 Civ. 8220 (SHS)

STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

       **IT IS HEREBY STIPULATED, CONSENTED AND AGREED** by and between the undersigned attorneys for the respective parties herein, that the above-entitled action be, and the same hereby is, voluntarily dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice, without costs, and subject to the right, upon application made within thirty (30) days of the entry of this Order, to reopen the action if the settlement is not fully consummated.

*The May 5 conference is cancelled.*

Dated: New York, New York
       April 30, 2008

           McDERMOTT & RADZIK, LLP
           Attorneys for Plaintiff

By: _____
       Daniel G. McDermott (DM-3449)
       Wall Street Plaza
       88 Pine Street – 21st Floor
       New York, New York 10005-1801
       (212) 376-6400

           ARONWALD & PYKETT
           Attorneys for Defendants

By: _____
       William I. Aronwald (WA-9327)
       81 Main Street – Suite 450
       White Plains, New York 10601
       (914) 946-6565

SO ORDERED: 5/1/08
_____
Honorable Sidney H. Stein
United States District Judge